William E. von Behren, State Bar No. 106642
bvonbehren@vbhlaw.com
Carol B. Lewis, State Bar No. 130188
clewis@vbhlaw.com
VON BEHREN & HUNTER LLP
2041 Rosecrans Avenue, Suite 367
El Segundo, CA 90245
Telephone: (310) 607-9111
Facsimile: (310) 615-3006

Attorneys for Defendant
Group Hospitalization and Medical Services, Inc.
d/b/a CareFirst BlueCross BlueShield, erroneously
sued herein as CareFirst BlueCross and BlueShield

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BEVERLY HILLS REGIONAL SURGERY CENTER, L.P.,<br><br>Plaintiff,<br><br>v.<br><br>CAREFIRST BLUECROSS AND BLUESHIELD AND DOES 1-10,<br><br>Defendant. | Case No. 2:22-cv-1217<br><br>**NOTICE OF REMOVAL TO UNITED STATES DISTRICT COURT** |

1TO THE UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA, TO PLAINTIFF, AND TO ITS ATTORNEYS OF RECORD:

**PLEASE TAKE NOTICE** that Defendant Group Hospitalization and Medical Services, Inc. d/b/a CareFirst BlueCross BlueShield ("GHMSI"), erroneously sued herein as CareFirst BlueCross and BlueShield, contemporaneously with the filing of this Notice, is effectuating the removal of the above referenced civil action, Case No. 21SMCV02014, from the Superior Court of the State of California, for the County of Los Angeles, to the United States District Court, for the Central District of California, based upon diversity jurisdiction pursuant to 28 U.S.C. §§1332, 1441(b) and 1446, in

that the suit has been brought between citizens of different states and the amount in controversy exceeds the sum of $75,000, exclusive of costs and interest. The suit is one of a civil nature over which the United States District Court has original jurisdiction.

The removal is based on the following grounds:

## I.   TIMELINESS

1. On or about December 29, 2021, plaintiff Beverly Hills Regional Surgery Center (hereinafter "Plaintiff") commenced this action by filing an original Complaint in the Superior Court of the State of California for the County of Los Angeles, entitled, *Beverly Hills Regional Surgery Center v. CareFirst BlueCross BlueShield,* Case No. 21SMCV02014.

2. GHMSI was personally served with the Summons and Complaint on January 26, 2022. A true and correct copy of the Summons, Complaint, and Notice of Case Assignment are attached hereto and incorporated herein as Exhibit A-1. A-2 and A-3. GHMSI has not been served with any other process, pleadings or orders.

3. The Removal is therefore timely under 28 U.S.C. §1446(b) in that GHMSI has filed this Notice of Removal of Action within one (1) year of commencement of this action and within thirty (30) days of having been served with the Summons and Complaint.

## II.   JOINDER

4. There are no defendants that are required to join in this removal. All remaining defendants are fictitiously named and need not be considered for the purpose of removal. 28 U.S.C. §144(a).

**NOTICE OF REMOVAL TO UNITED STATES DISTRICT COURT**

## III. JURISDICTION

5. This action has been removed to this Court based upon diversity jurisdiction pursuant to 28 U.S.C. §§1332(a)(1), 1332(c)(1), 1441 and 1446, in that the suit has been brought between citizens of different states and the amount in controversy exceeds the sum of $75,000, exclusive of costs and interest, as set forth more fully below. The suit is one of a civil nature over which the United States District Court has original jurisdiction.

### A. Citizenship of GHMSI.

6. Defendant GHMSI, at all relevant times, was, and is now, a corporation organized and existing under the laws of the District of Columbia, with its principal place of business in the District of Columbia.

### B. Citizenship of Plaintiff.

7. Plaintiff was, at the time of commencement of this action, and is now, a California limited partnership, and a citizen of California for purposes of diversity. (FAC, ¶1). Plaintiff's general partner, and sole limited partner is miVIP HealthCare Holdings LLC, a Delaware Limited Liability Company, and a Delaware citizen for purposes of diversity. Plaintiff has represented to GHMSI, and thus GHMSI alleges, that there are two members of miVIP HealthCare Holdings LLC. GHMSI alleges that the first member of miVIP HealthCare Holdings LLC is a corporation, whose name has not been provided to GHMSI, that is organized and existing under the laws of the State of Delaware, with its principal place of business in the State of Delaware. GHMSI further alleges that the second member of miVIP HealthCare Holdings LLC is a foreign corporation, whose name has not been provided to GHMSI, that is organized and existing under the laws of a foreign country, with its principal place of business in a foreign country. Plaintiff has represented to GHMSI, and GHMSI thus alleges, that neither Plaintiff, miVIP HealthCare Holdings LLC or any of the members of miVIP HealthCare Holdings LLC is a citizen of the District of Columbia for purposes of diversity of citizenship.

**C.     Amount in Controversy.**

8.     Plaintiff seeks recovery of charges for medical services rendered by Plaintiff to patients ("Patients") alleged to be enrolled in a GHMSI health plan in the amount of $235,000 exclusive of interest and costs. (Complaint, p.1 and ¶43.)

9.     In light of the foregoing, the amount in controversy in this case, exclusive of interest and costs, clearly exceeds the jurisdictional requirement of this Court.

**IV.     PROCESS.**

10.     On February 23, 2022, a copy of this Notice will be filed with the Clerk of the Superior Court of the State of California, for the County of Los Angeles.

**WHEREFORE**, GHMSI prays that the above action pending in the Superior Court for the County of Los Angeles be removed from that Court to this Court.

Dated: February 23, 2022                    VON BEHREN & HUNTER LLP
                                            William E. von Behren
                                            Carol B. Lewis


                                            By: /s/Carol B. Lewis
                                                Carol B. Lewis
                                                Attorney for Defendant
                                                Group Hospitalization and Medical Services, Inc. d/b/a CareFirst BlueCross BlueShield, erroneously sued herein as CareFirst BlueCross and BlueShield

VON BEHREN & HUNTER LLP
2041 ROSECRANS AVENUE
EL SEGUNDO, CALIFORNIA 90245

- 4 -
**NOTICE OF REMOVAL TO UNITED STATES DISTRICT COURT**